FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD DAVIS,<br><br>    Petitioner,<br><br>    v.<br><br>TERRI GONZALEZ, Warden,<br><br>    Respondent. | Case No. CV 10-6067-DDP (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

Dated: _August 16, 2011__

_____
Dean D. Pregerson
United States District Judge