JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD DAVIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TERRI GONZALEZ, Warden,<br><br>　　　　Respondent. | Case No. CV 10-6067-DDP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: _August 16, 2011__

　　　　　　　　　　　　　　　　　　Dean D. Pregerson
　　　　　　　　　　　　　　　　　　United States District Judge